# Order

Michigan Supreme Court
Lansing, Michigan

September 24, 2007

133597

GHALEB NAJIB HADDAD,
Personal Representative of the
Estate of Shibli Jamil Haddad,
Deceased,
        Plaintiff-Appellant,

v

WALEED MAMMO, D.D.S.,
        Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133597
COA: 266646
Macomb CC: 2004-001381-NH

On order of the Court, the application for leave to appeal the February 27, 2007 judgment of the Court of Appeals is considered, and it appearing to this Court that the case of *Mullins v St Joseph Mercy Hosp* (Docket No. 131879) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2007

Clerk

l0917